18265.   MILLER *v.* THE STATE.

BROYLES, C. J.   The verdict was amply authorized by the evidence, and the motion for a new trial was based upon the usual general grounds only.       *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JULY 26, 1927.

Possessing liquor; from Douglas superior court—Judge Edwards.   May 4, 1927.

*J. R. Hutcheson,* for plaintiff in error.

*S. W. Ragsdale, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.

---

18266.   WALLACE *v.* THE STATE.

LUKE, J.   The conviction was not without some evidence to support it, and, in the light of the charge as a whole and the evidence adduced upon the issues, the special grounds of the motion for a new trial are without merit.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 26, 1927.

Making liquor; from Clayton superior court—Judge Hutcheson. May 14, 1927.

*Charles H. Griffin, O. J. Coogler,* for plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1049, n. 82; p. 1180, n. 74.